**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. )
)
LINDA LOGAN, )
)
    Defendant. )

No.    **06 CR 027 TCK**

**I N D I C T M E N T**
**[29 U.S.C. §501(c): Embezzlement and
Theft of Labor Union Assets]**

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[29 U.S.C. §501(c)]

On or about the below-listed dates, in the Northern District of Oklahoma, the defendant, LINDA LOGAN, while an officer, that is, President, of the Glass Molders Pottery Plastics and Allied Workers International Union (GMP) AFL-CIO Local 325, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization by writing checks on the GMP account at Community Bank and Trust, Tulsa, Oklahoma, in the approximate amounts listed below:

| COUNT | DATE | PAYEE | AMOUNT |
|-------|------|-------|--------|
| 1 | 7/06/2002 | Cash | $1,500.00 |
| 2 | 7/09/2002 | Cash | $800.00 |
| 3 | 7/12/2002 | Cash | $1,000.00 |

| COUNT | DATE | PAYEE | AMOUNT |
|-------|------|-------|--------|
| 4 | 7/16/2002 | Cash | $750.00 |
| 5 | 9/11/2002 | Cash | $3,500.00 |
| 6 | 9/23/2002 | Cash | $3,000.00 |
| 7 | 10/01/2002 | Cash | $1,500.00 |
| 8 | 10/03/2002 | Cash | $1,500.00 |
| 9 | 10/07/2002 | Cash | $1,000.00 |

all in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

DAVID E. O'MEILIA
United States Attorney

Susan K. Morgan
Assistant U.S. Attorney

__/s/ Grand Jury Foreperson_____
Foreman